**Order entered November 5, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00176-CR

**RAYMOND ELLIS NEWSOME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-20384-W**

## ORDER

Before the Court are the written verifications of official court reporter Patricia Holt and deputy court reporter Darline King LaBar that no pretrial hearings were reported in the above appeal. In light of this, it appears the reporter's record is complete. We **DENY** appellant's October 16, 2018 motion to supplement the record.

The State's brief is due November 14, 2018.

/s/    LANA MYERS
         JUSTICE